```
 1 | CHARLES A. DANAHER (SBN 144604)
   | cdanaher@mckennalong.com
 2 | MCKENNA LONG & ALDRIDGE LLP
   | 600 West Broadway, Suite 2600
 3 | San Diego, CA 92101
   | Telephone: (619) 236-1414
 4 |
 5 | THEONA ZHORDANIA (SBN 254428)
   | tzhordania@mckennalong.com
   | MCKENNA LONG & ALDRIDGE LLP
 6 | 300 S. Grand Ave., Suite 1400
   | Los Angeles, CA 90071
 7 | Telephone: (213) 688-1000
 8 | Attorneys for Defendant
   | DOLE FRESH VEGETABLES, INC.
 9 |
   | JON A. TOSTRUD (SBN 199502)
10 | jtostrud@tostrudlaw.com
   | TOSTRUD LAW GROUP, P.C.
11 | 1901 Avenue of the Stars, Suite 200
   | Los Angeles, CA 90067
12 | Telephone: (310) 278-2600
13 | TODD S. GARBER, Admitted Pro Hac Vice
   | tgarber@mpnsb.com
14 | MEISELMAN, PACKMAN, NEALSON
   | SCIALABBA AND BAKER P.C.
15 | 1311 Mamaroneck Avenue
   | White Plains, NY 10605
16 | Telephone: (914) 517-5000
17 | Attorneys for Plaintiff, TRACI WALLERSTEIN
```

                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACI WALLERSTEIN, on Behalf of Herself and All Other Similarly Situated,<br><br>         Plaintiff,<br><br>v.<br><br>DOLE FRESH VEGETABLES, INC.,<br><br>         Defendant. | Case No. C13-1284 YGR<br><br>**[CLASS ACTION]**<br><br>**STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS PLAINTIFF TRACI WALLERSTEIN'S FIRST AMENDED COMPLAINT OR, IN THE ALTERNATIVE, TO STRIKE PORTIONS THEREOF**<br><br>Date:  October 15, 2013<br>Time:  2:00 p.m.<br>Crtrm.: 5 |

1       WHEREAS, on May 10, 2013, plaintiff Traci Wallerstein ("Plaintiff") filed her First Amended Complaint (the "FAC") against defendant Dole Fresh Vegetables, Inc. ("Dole");

      WHEREAS, on June 11, 2013, Defendant filed a Motion to Dismiss Plaintiff Traci Wallerstein's First Amended Complaint or, in the Alternative, to Strike Portions Thereof;

      WHEREAS, Plaintiff's opposition to the Motion to Dismiss is currently due on June 25, 2013;

      WHEREAS, Dole's reply brief in support of its Motion to Dismiss is currently due on July 2, 2013;

      WHEREAS, the hearing on the Motion to Dismiss is currently scheduled for October 15, 2013;

      WHEREAS, the parties need additional time to prepare opposition and reply briefs;

      WHEREAS, pursuant to Local Rule 6-2, the parties may request through stipulation, an order changing time that would not affect the date of an event or deadline already fixed by Court order, or that would accelerate or extend time frames set in the Local Rules or in the Federal Rules;

      WHEREAS, the parties have agreed that Plaintiff shall file her opposition to the Motion to Dismiss by no later than July 26, 2013;

      WHEREAS, the parties have agreed that Dole shall file its reply brief in support of the Motion to Dismiss by no later than August 23, 2013;

      WHEREAS, this stipulated briefing schedule is not being sought for purposes of delay, but rather so that this matter may be fairly and reasonably litigated and so that justice may be done;

      WHEREAS, no prior extension concerning the Motion to Dismiss has been requested or obtained.

IT IS HEREBY STIPULATED between Plaintiff and Dole that:

Plaintiff shall file her opposition to the Motion to Dismiss by no later than July 26, 2013.

Dole shall file its reply brief in support of the Motion to Dismiss by no later than August 23, 2013.

The October 15, 2013 hearing date on the Motion to Dismiss will remain unchanged.

DATED: June 21. 2013     MCKENNA LONG & ALDRIDGE LLP

By: /s/Theona Zhordania
Charles A. Danaher
Theona Zhordania
Attorneys for Defendant
DOLE FRESH VEGETABLES, INC.

DATED: June 21, 2013     MEISELMAN, PACKMAN, CARTON & NEALON. SCIALABBA & BAKER. P.C.

By: /s/Todd S. Garber
Todd S. Garber
Jeremiah Frei-Pearson
Attorneys for Plaintiff
TRACI WALLERSTEIN, on Behalf of Herself and All Others Similarly Situated

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

This Order terminates Dkt. No. 23.

Dated: June 20, 2013

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

US_WEST 803813765.1

2

Case No. C13-1284 YGR
STIPULATION AND ~~PROPOSED~~ ORDER
SETTING BRIEFING SCHEDULE