O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACI WALLERSTEIN, on behalf of herself and all others similarly situated,<br><br>　　　　　　Plaintiff,<br>　　v.<br>DOLE FRESH VEGETABLES, INC.<br>　　　　　　Defendant. | Case No. 2:13-cv-07271-ODW(VBKx)<br><br>**ORDER GRANTING DEFENDANT'S EX PARTE APPLICATION [86]** |

On January 6, 2014, Defendant Dole Fresh Vegetables, Inc. filed an ex parte application in response to Wallerstein's Motion for Class Certification, seeking additional time in which to oppose the motion. (ECF No. 86.) Good cause appearing, Dole's ex parte application is **GRANTED**. Dole shall file its opposition to the motion for class certification on or before **February 10, 2014**. Wallerstein's reply is due on or before **February 17, 2014**. The hearing on Wallerstein's motion for class certification is continued to **March 3, 2014**.

**IT IS SO ORDERED.**

January 8, 2014　　　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　　　　　OTIS D. WRIGHT, II
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE